UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BUCK KREIHS MARINE REPAIR, L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| M/V SUN RISE, its equipment, appurtenances, furniture, etc., *in rem* | * | SECTION "" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## VERIFIED COMPLAINT

The Verified Complaint of Buck Kreihs Marine Repair, L.L.C. against the motor vessel SUN RISE, its equipment, appurtenances, furniture, etc., *in rem*, in causes of maritime tort and breach of contract, respectfully represents as follows:

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and the Federal Maritime Lien Act, 46 U.S.C. § 31301 *et seq*.

2.

The Plaintiff, Buck Kreihs Marine Repair, L.L.C., is a Louisiana limited liability company with its principal place of business in Orleans Parish, Louisiana.

3.

The Defendant, the motor vessel SUN RISE, is a steel-hulled, foreign-flagged vessel bearing IMO Number 9623219, that is now or will be during the pendency of this action within this District and the jurisdiction of this Court.

4.

At the request of the owner or charterer of the Vessel or their authorized agents, and pursuant to one or more maritime contracts, Buck Kreihs was contracted to provide shipyard services and related necessaries to the SUN RISE at Buck Kreihs' Hines Lane shipyard facility, located on the West Bank of the Mississippi River below Algiers Point at approximately mile marker 92.1 AHP.

5.

On the morning of June 23, 2014, while the Vessel was attempting to moor at the Hines Lane wharf, the Vessel allided with the wharf, causing significant damage to both the Vessel and the wharf.

6.

The allision occurred due to the negligence of the Vessel, the negligence of those whose acts are attributable to the Vessel, the unseaworthiness of the Vessel, or a combination thereof.

7.

Beginning the day after the allision (June 24, 2014), the wharf was jointly inspected by experts appointed by Buck Kreihs and the Vessel. The most recent inspection occurred on July 2, 2014. Divers may yet be required to inspect that portion of the wharf structure that lies below the river's waterline. Although a detailed repair specification has not yet been developed or bid-out for repairs, upon information and belief, damages sustained by Buck Kreihs will meet or exceed $2.5 million. While the extensive repairs are being accomplished, a significant portion of the wharf will be unusable by other customers of Buck Kreihs, which will result in lost profits and increased operating expenses.

8.

Repairs to the wharf will not extend the useful life of the wharf.

9.

In alliding with and damaging the wharf, the Vessel committed a maritime tort for which it is liable *in rem.* As a remedy for the Vessel's maritime tort, Buck Kreihs is entitled to damages, including without limitation the reasonable cost of repairing the wharf; lost profits and increased expenses incurred by Buck Kreihs by virtue of the allision; and interest, costs, and attorney's fees.

10.

By damaging the wharf while mooring and by failing to pay timely for work performed by Buck Kreihs, the Vessel or its owners also breached one or more maritime contracts with Buck Kreihs, for which the Vessel is also liable *in rem.* As a remedy for these breaches of contract, Buck Kreihs is entitled to damages, including without limitation payment in full of the contract prices; lost profits and increased expenses incurred by Buck Kreihs by virtue of the allision; and interest, costs, and attorney's fees.

11.

If the Vessel remains at the wharf following its arrest, services provided by Buck Kreihs such as repair services provided to the Vessel (which was also damaged in the allision), dockage, and guard services will be entitled to priority payment as *custodia legis* services.

12.

Under the general maritime law, the Federal Maritime Lien Act, and the contract(s) between the parties, Buck Kreihs has one or more maritime liens and *custodia legis* claims against the SUN RISE to secure Buck Kreihs' claim for damages, plus interest as it accrues,

costs, attorney's fees, and collection expenses, and further amounts (including without limitation *custodia legis* expenses) as they become due.

13.

With the commencement of this action and arrest of the Vessel according to Supplemental Admiralty Rules C and E, or the posting of security by the Vessel or its owners to avert arrest, Buck Kreihs will have done all things necessary to perfect its maritime liens.

14.

As shown by the attached Verifying Affidavit, the following allegations are true and correct and within the admiralty jurisdiction of this Court.

WHEREFORE, plaintiff prays:

1.  That process in due form of law issue against the SUN RISE, its equipment, appurtenances, etc., *in rem*, and that all persons having a claim and any interest therein appear and answer, all and singular, the matters aforesaid;

2.  That after due proceedings are had there be judgment in favor of Plaintiff and against the SUN RISE, its equipment, appurtenances, furniture, etc., *in rem*, for the full amount of the indebtedness owed to Plaintiff, together with interest, costs, attorneys' fees, and other collection expenses, and that the SUN RISE be condemned and sold to secure and satisfy any judgment herein in favor of Plaintiff;

3.  For such other relief as may be proper and this Court competent to grant.

> Respectfully submitted,
>
> s/ David B. Sharpe
> DAVID B. SHARPE, T.A., BAR #20370
> STEWART F. PECK, BAR #10403
> D. LANCE CARDWELL, BAR #34476
> LUGENBUHL, WHEATON, PECK,

          RANKIN & HUBBARD
          Suite 2775 Pan-American Life Center
          601 Poydras Street
          New Orleans, LA  70130
          Telephone: (504) 568-1990
          Facsimile: (504) 310-9195
          Attorneys for Buck Kreihs Marine Repair, L.L.C.

CLERK:  Please issue warrant of arrest on order from the Court

MARSHAL: Please withhold *in rem* service pending further instructions from counsel