UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BUCK KREIHS MARINE REPAIR, L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| M/V SUN RISE, its equipment, appurtenances, furniture, etc., *in rem* | * | SECTION "" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR ISSUANCE OF ORDER & WARRANT FOR ARREST AND INCORPORATED MEMORANDUM IN SUPPORT

NOW COMES Plaintiff, Buck Kreihs Marine Repair, L.L.C., through undersigned counsel, and moves this Court for entry of an Order directing the Clerk of Court to issue a Warrant of Arrest for the M/V SUN RISE (the "Vessel") as provided by Supplemental Rule C and Local Admiralty Rule 4.1(B).

Plaintiff requests that the Motion be considered on an emergency or expedited basis pursuant to Supplemental Rule C(3)(a), which provides for the issuance of a warrant for arrest *in rem* of a vessel. This motion is based upon the Verified Complaint. Specifically, Plaintiff shows the Court as follows:

1. This is an *in rem* action to enforce and foreclose upon one or more maritime liens in Plaintiff's favor against the Vessel.

2. The Vessel is currently located within this District, but based on information and belief, the Vessel is planning to leave this jurisdiction and the State of Louisiana as soon as early next week, following the Independence Day Holiday.

3. Because of the threatened imminent departure of the Vessel from the jurisdiction, exigent circumstances exist, and it is essential that the Verified Complaint be considered by this

    Court on an emergency or expedited basis, and the Warrant of Arrest *in rem* issued on an expedited basis.

4. Plaintiff will comply with the terms of the Local Admiralty Rules for issuance of a Warrant of Arrest *in rem* under Supplemental Rule C and the procedures followed by the Marshal's office regarding service of such warrants.

5. Pursuant to Local Rule 5.2, undersigned counsel for Plaintiff (David B. Sharpe) remains available by telephone as desired by this Court and may be reached at any time by phone: office (504-568-1990) or mobile (504-450-4957).

6. In other separate but contemporaneous motions, Plaintiff also requests the Court to grant permission for the Vessel to conduct ongoing repairs and vessel modifications while under seizure, and to grant permission for the Vessel to shift or move within the District while the Vessel is under arrest.

7. Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the Vessel.

   WHEREFORE, PLAINTIFF respectfully requests this Court to consider the Verified Complaint and supporting documents on an emergency or expedited basis; to grant this Motion for Issuance of Order and Warrant of Arrest; and to authorize the Clerk to issue a Warrant for Arrest of the Vessel.

                              Respectfully submitted,

                              s/ David B. Sharpe
                              DAVID B. SHARPE, T.A., BAR #20370
                              STEWART F. PECK, BAR #10403
                              D. LANCE CARDWELL, BAR #34476

-3-

        LUGENBUHL, WHEATON, PECK,
          RANKIN & HUBBARD
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, LA  70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Attorneys for Buck Kreihs Marine Repair, L.L.C.