UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BUCK KREIHS MARINE REPAIR, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. 14-1553 |
| M/V SUN RISE, its equipment, appurtenances, furniture, etc., *in rem* | * | SECTION "A (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR ISSUANCE OF RULE C WARRANT OF ARREST

Before the Court is an *ex parte* Motion for Issuance of Order & Warrant for Arrest, filed by Plaintiff, Buck Kreihs Marine Repair, L.L.C. Upon review of the Motion, the Verified Complaint and Declaration, and considering the law, particularly Supplemental Admiralty Rule and Local Admiralty Rules 4 and 64;

IT IS ORDERED that the Motion is granted. The Clerk of Court is ordered to issue forthwith a Warrant for the Rule C arrest of the M/V SUN RISE, its equipment, appurtenances, furniture, etc., *in rem*, on behalf of Plaintiff, this Court having determined that the conditions necessary for an action *in rem* appear to exist.

IT IS FURTHER ORDERED that the United States Marshal will serve the Warrant within this District at any time of the day or night according to instructions from counsel for Plaintiff.

IT IS FURTHER ORDERED that, according to the agreement of Plaintiff contained in the Motion, Plaintiff will release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are

responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

New Orleans, Louisiana, this \_\_\_3\_\_\_ day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE